UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FILED
IN OPEN COURT

AUG 1 4 2008

At _____ M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 18 U.S.C. § 2113(d) |
| | ) | |
| LAWRENCE TAYLOR | ) | CAUSE NUMBER: |

3:08CR 100

**THE GRAND JURY CHARGES:**

On or about August 7, 2008, in the Northern District of Indiana,

**LAWRENCE TAYLOR,**

defendant herein, did by force, violence, and intimidation take from the person or presence of another United States Currency, belonging to and in the care, custody, control, management, and possession of Key Bank, 4627 S. Miami Street, South Bend, Indiana, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, and in committing such offense did assault and put in jeopardy the life of another person by the use of a dangerous weapon, that is, a handgun.

In violation of Title 18, United States Code, Section 2113(d).

A TRUE BILL:

s/Foreperson
Grand Jury Foreperson

DAVID CAPP
UNITED STATES ATTORNEY

By: s/Frank E. Schaffer
Frank E. Schaffer
Assistant United States Attorney