UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-100(01) RM |
| | ) | |
| LAWRENCE TAYLOR | ) | |

ORDER

Lawrence Taylor has requested access to the law library at the St. Joseph County Jail. Mr. Taylor is represented by counsel and, as such, all legal research should be handled through his counsel. *See* Campbell v. Clarke, 481 F.3d 967, 968 (7th Cir. 2007) (noting that access to legal materials is required only for unrepresented litigants) (*citing* Bounds v. Smith, 430 U.S. 817, 830-832 (1977)). Accordingly, Mr. Taylor's request that he be allowed access to the law library [docket # 14] is DENIED.

SO ORDERED.

ENTERED:   September 23, 2008


　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　 Chief Judge
　　　　　　　　　　　　　　　 United States District Court